## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| U.S. Bank National Asociation, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Alpha 6, Inc., a North Dakota Corporation, and Interested Underwriters at Lloyd's London, subscribing to Certificate Number FINFR0900327, | ) ) ) ) | |
| | ) | Case No. 1:10-cv-072 |
| Defendants. | ) | |

___

On February 2, 2011, the parties filed a Stipulation for Dismissal with Prejudice. The court **ADOPTS** the parties stipulation (Docket No. 16) and **ORDERS** that the above-captioned action be dismissed with prejudice and with the understanding that each party shall bear its own costs.

Dated this 16th day of February, 2011.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge